

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00622-CV

**WORLD WIDE AUTOMOTIVE REPAIR PAINT & BODY**,
Appellant

v.

**SANTANDER CONSUMER USA INC.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08203
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant World Wide Automotive Repair Paint & Body.

SIGNED November 1, 2017.

_____
Patricia O. Alvarez, Justice